| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

*Julie Treasure* §
§
versus §   CIVIL ACTION H- 04-4781
*Best Storage West Houston* §
§

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

Conference Memorandum            MAR 2 1 2005

Counsel:                                     Representing: MICHAEL N. MILBY, CLERK OF COURT

*Stephen Walker*                             Ds. *Best Storage West Houston*
                                             *Robin Parsley*
*Jessica Dean*                               P. *Julie Treasure*

Date: 3/21/05                                Reporter: —
Started: 4:25pm                              Ended: 5:25pm

At the conference, these rulings were made:

_____

☑ Order to be entered.
☐ Trial preparation to be completed by: _____, 200__.
☑ A pretrial conference is set for: 3:00pm on April 4, 2005.
☐ A hearing is set for: _____ on _____, 200__.
☐ A trial is set for: _____ on _____, 200__.
   ☐ Bench  ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 200__.
☐ Review deadline _____, 200__.

Lynn N. Hughes
United States District Judge