IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS DIVISION
HOUSTON DIVISION

| | |
|---|---|
| JULIE TREASURE, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO: H-04-4781 |
| § | |
| BEST STORAGE WEST HOUSTON, L.P, § | |
| BEST STORAGE INC., ROBIN PARSLEY, § | |
| personally, and BARBARA GREEN, § | |
| personally, § | |
| § | |
| Defendants § | |

MS. TREASURE'S PARTIAL LIST OF EMPLOYERS

Ms. Treasure does not recall most employers she applied to during the six months following July 6, 2003. However, she was able to (through a website named www.monster.com) find some of the employers to whom she sent applications to.

Pursuant to the court's March 23, 2005 order, Ms. Treasure provides the following list:

| | |
|---|---|
| United Healthcare | 9/2003 |
| Murphy's Deli | 10/2003 |
| Remote Customer Service | 12/15/03 |
| Ajilon Legal | 1/5/04 |
| Agilon Office | 1/5/04 |
| Greenberg Grant & Rich | 1/27/04 |
| Jenkens & Gilchrist | 1/27/04 |
| Medserve, Inc. | 2/2/04 |

| | |
|---|---|
| BPX Films | 2/3/04 |
| Management Recruit International | 2/4/04 |
| Miracle Ear | 2/4/04 |
| Action Box Company | 2/4/04 |

                    Respectfully submitted,

                    **RASANSKY LAW FIRM**

                    By:  /s/Jeremi K. Young
                          **Jeremi K. Young**
                          State Bar No. 24013793
                          **Jeffrey H. Rasansky**
                          State Bar No. 16551150
                          **Jessica M. Dean**
                          State Bar No. 24040777

                          2525 McKinnon,
                          Suite 725
                          Dallas, Texas 75201
                          214/651-6100
                          214/651-6150 Fax

                    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above has been served upon the following via telefax on this 25th day of March, 2005:

**Via Telefax No. 512-392-6204**
Charles R. Soechting
400 West Hopkins, Suite 204
San Marcos, TX 78666

                        /s/ Jeremi K. Young
                        Jeremi K. Young