| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States Courts
Southern District of Texas
ENTERED

APR 0 7 2005

Michael N. Milby, Clerk of Court

| JULIE TREASURE, | § | |
| | § | |
| Plaintiff, | § | |
| versus | § | CIVIL ACTION H-04-4781 |
| | § | |
| BEST STORAGE WEST HOUSTON, L.P., et al., | § | |
| | § | |
| Defendants. | § | |

# Order

*without prejudice.*

1. Best Storage's motion to dismiss is denied. (12)

2. By May 2, 2005, the parties must depose Treasure and Green.

3. Best Storage must furnish Treasure with the criteria, calculations, and notes on the bonuses she received.

Signed April ___6___, 2005, at Houston, Texas.

Lynn N. Hughes
United States District Judge