UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

Julie Treasure                    §
                                  §
versus                            §    CIVIL ACTION H- 04-4781
                                  §
Best Storage, et al.              §
                                  §

United States Courts
Southern District of Texas
ENTERED
MAY 2 5 2005
Michael N. Milby, Clerk of Court

## Conference Memorandum

Counsel:                              Representing:

Jessica Dean                          J. Treasure
Steven Walker         →               Best Storage
Brad Aiken


Date: 5/24/05                         Reporter: —

Started: 4:45 pm                      Ended: 5:30 pm

At the conference, these rulings were made:

_____

☑ Order to be entered.
☐ Trial preparation to be completed by: _____, 200__.
☑ A pretrial conference is set for: 10:00 AM on June 20, 2005.
☐ A hearing is set for: _____ on _____, 200__.
☐ A trial is set for: _____ on _____, 200__.
   ☐ Bench  ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 200__.
☐ Review deadline _____, 200__.

Lynn N. Hughes
United States District Judge